UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff.<br><br>v.<br><br>BREWS & BRATS, INC, et al.,<br><br>Defendants. | Case No. 22-cv-02714-SI<br><br>**JUDGMENT** |

This Court has granted plaintiff's motion for default judgment. Dkt. No. 28.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of plaintiff and against defendants Brews & Brats, Inc., d/b/a Brews & Brats; Omni Group Financial, Inc., d/b/a Brews & Brats; Veronica Romero, d/b/a Brews & Brats; and Julio Romero, d/b/a Brews & Brats. Plaintiff is awarded $2,200 in damages and $3,632 in attorneys' fees and costs.

**IT IS SO ORDERED AND ADJUDGED**

Dated: June 27, 2023

SUSAN ILLSTON
U.S. District Judge